| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
|---|---|---|
| COUNTY OF Jasper | ) | |
| Melinda Malphrus Cann | ) | CIVIL ACTION COVERSHEET |
| Plaintiff(s) | ) | 2015-CP-27-042 |
| vs. | ) | |
| Walmart Stores, Inc and Walmart Stores East, LP | ) | |
| Defendant(s) | ) | |

FILED
PM 4:25
MARGARET BOSTICK
CLERK OF COURT
JASPER COUNTY SC

Submitted By: R. Thayer Rivers, Jr.
SC Bar #: Thayer 4754 / Catherine 012054
Address: PO Box 646, Ridgeland, SC 29936
Telephone #: 843-726-3126 / 843-726-9553
Catherine D Badgett
Fax #: 843-726-4401 / 843-726-9556
PO Box 2020, Ridgeland, SC 29936
Other:
E-mail: riverslaw@gmail.com / cbadgett@badgettlawfirm.com

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

**DOCKETING INFORMATION** (Check all that apply)
*If Action is Judgment/Settlement do not complete

[✓] JURY TRIAL demanded in complaint.    [ ] NON-JURY TRIAL demanded in complaint.
[ ] This case is subject to ARBITRATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is subject to MEDIATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is exempt from ADR. (Proof of ADR/Exemption Attached)

**NATURE OF ACTION** (Check One Box Below)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| [ ] Constructions (100) | [ ] Dental Malpractice (200) | [ ] Conversion (310) | [ ] Claim & Delivery (400) |
| [ ] Debt Collection (110) | [ ] Legal Malpractice (210) | [ ] Motor Vehicle Accident (320) | [ ] Condemnation (410) |
| [ ] General (130) | [ ] Medical Malpractice (220) | [✓] Premises Liability (330) | [ ] Foreclosure (420) |
| [ ] Breach of Contract (140) | Previous Notice of Intent Case # | [ ] Products Liability (340) | [ ] Mechanic's Lien (430) |
| [ ] Fraud/Bad Faith (150) | 20___-NI-___-___ | [ ] Personal Injury (350) | [ ] Partition (440) |
| [ ] Failure to Deliver/ Warranty (160) | [ ] Notice/ File Med Mal (230) | [ ] Wrongful Death (360) | [ ] Possession (450) |
| | [ ] Other (299) | [ ] Assault/Battery (370) | [ ] Building Code Violation (460) |
| [ ] Employment Discrim (170) | | [ ] Slander/Libel (380) | [ ] Other (499) |
| [ ] Employment (180) | | [ ] Other (399) | |
| [ ] Other (199) | | | |

| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
|---|---|---|---|
| [ ] PCR (500) | [ ] Reinstate Drv. License (800) | [ ] Death Settlement (700) | [ ] Arbitration (900) |
| [ ] Mandamus (520) | [ ] Judicial Review (810) | [ ] Foreign Judgment (710) | [ ] Magistrate-Civil (910) |
| [ ] Habeas Corpus (530) | [ ] Relief (820) | [ ] Magistrate's Judgment (720) | [ ] Magistrate-Criminal (920) |
| [ ] Other (599) | [ ] Permanent Injunction (830) | [ ] Minor Settlement (730) | [ ] Municipal (930) |
| | [ ] Forfeiture-Petition (840) | [ ] Transcript Judgment (740) | [ ] Probate Court (940) |
| | [ ] Forfeiture—Consent Order (850) | [ ] Lis Pendens (750) | [ ] SCDOT (950) |
| | [ ] Other (899) | [ ] Transfer of Structured Settlement Payment Rights Application (760) | [ ] Worker's Comp (960) |
| | | | [ ] Zoning Board (970) |
| | | | [ ] Public Service Comm. (990) |
| Special/Complex /Other | | [ ] Confession of Judgment (770) | [ ] Employment Security Comm (991) |
| [ ] Environmental (600) | [ ] Pharmaceuticals (630) | [ ] Petition for Workers Compensation Settlement Approval (780) | |
| [ ] Automobile Arb. (610) | [ ] Unfair Trade Practices (640) | | [ ] Other (999) |
| [ ] Medical (620) | [ ] Out-of-State Depositions (650) | [ ] Other (799) | |
| [ ] Other (699) | [ ] Motion to Quash Subpoena in an Out-of-County Action (660) | | |
| [ ] Sexual Predator (510) | [ ] Pre-Suit Discovery (670) | | |

Submitting Party Signature: /s/ R. Thayer Rivers, Jr.
            Catherine D. Badgett
Date: 2-9-16

Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

SCCA / 234 (12/2015)                                                                                       Page 1 of 2

**Effective January 1, 2016,** Alternative Dispute Resolution (ADR) is mandatory in all counties, pursuant to Supreme Court Order dated November 12, 2015.

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

**Pursuant to the ADR Rules, you are required to take the following action(s):**

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs.

4. Cases are exempt from ADR only upon the following grounds:

    a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

    b. Requests for temporary relief;

    c. Appeals

    d. Post Conviction relief matters;

    e. Contempt of Court proceedings;

    f. Forfeiture proceedings brought by governmental entities;

    g. Mortgage foreclosures; and

    h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

6. Motion of a party to be exempt from payment of neutral fees due to indigency should be filed with the Court within ten (10) days after the ADR conference has been concluded.

**Please Note:**     You must comply with the Supreme Court Rules regarding ADR. Failure to do so may affect your case or may result in sanctions.

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF JASPER ) | 2016 CASE NO. 2015-CP-27- |
| ) | |
| MELINDA MALPHRUS CARN, ) | MARGARET BOSTICK |
| ) | CLERK OF COURT |
| Plaintiff, ) | JASPER COUNTY SC |
| ) | |
| v. ) | SUMMONS |
| ) | (Jury Trial Demanded) |
| WAL-MART STORES, INC. and ) | |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| Defendants. ) | |

**YOU ARE HEREBY SUMMONED AND REQUIRED** to answer the Complaint of the Plaintiff in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the said Complaint upon the subscriber, R. Thayer Rivers, Jr., Post Office Box 668, Ridgeland, SC, 29936, within thirty (30) days from and after the date of service hereof (exclusive of the date of service); and, if you fail to answer the Complaint within the time aforesaid and to serve a copy of your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

LAW OFFICE OF R. THAYER RIVERS, JR.

_____
R. THAYER RIVERS, JR.
Post Office Box 668
Ridgeland, SC 29936
843-726-8136

Law Office of Catherine D. Badgett

_____
CATHERINE D. BADGETT
Post Office Box 2020
Ridgeland, SC 29936
843-726-9553

ATTORNEYS FOR THE PLAINTIFF

Ridgeland, SC
February ___, 2016

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF JASPER | CASE NO.: 2015-CP-27- |

FILED 2016 FEB -9 PM 4:25
MARGARET BOSTICK
CLERK OF COURT
JASPER COUNTY SC

MELINDA MALPHRUS CARN,

    Plaintiff,

v.

**COMPLAINT**
(Jury Trial Demanded)

WAL-MART STORES, INC. and
WAL-MART STORES EAST, LP

    Defendants.

---

The Plaintiff, **MELINDA MALPHRUS CARN**, complaining of the Defendants, alleges and says:

1. That the Plaintiff is a citizen and resident of Jasper County, South Carolina.

2. That the Defendants, Wal-Mart Stores, Inc., and Wal-Mart Stores, East, LP, owns property and does business in Jasper County, South Carolina.

3. That the events complained of in this complaint took place in Jasper County, South Carolina, in a place of business owned by the Defendants, namely, the "Hardeeville Wal-Mart".

4. That on or about November 18, 2013, the Plaintiff was a business invitee at the Defendant's place of business known locally as the Hardeeville Wal-Mart. While shopping and doing business in said Hardeeville Wal-Mart, the Plaintiff stepped in a puddle of water in the produce aisle causing her to slip and fall. That the Defendants, through its agents, servants, and employees, knew, or with reasonable diligence should have known, of the existence of the puddle and it's danger to the patrons of the Defendant's business.

5. That as a result of the fall the Plaintiff has suffered and continues to suffer injuries to her neck, back and spine all of which has and will in the future continue to cause her to undergo much physical pain and suffering, both presently and in the future; that as a result of her injuries she has incurred medical expenses, lost wages and the loss of enjoyment of life.

6. That the Defendants Wal-Mart Stores, Inc., and Wal-Mart Stores, East, LP, by and through its agents, servants and employees, were negligent, willful, wanton, careless and grossly negligent in the following particulars:

    a. In failing to provide a safe environment for its patrons to do business on their premises;

    b. In allowing a puddle of water to form and remain on the floor of its store.

    c.    In failing to place appropriate signs or barricades warning its patrons, and specifically the Plaintiff, of the existing danger.

    d.    In failing to train its servants, agents and employees how to detect, properly address and handle such situations that could ultimately cause injury to its patrons.

    e.    In failing to exercise that degree of care and caution that a normal prudent person would exercise under the circumstances then and there existing.

All of which were the direct and proximate cause of the injuries and damages suffered by the Plaintiff herein.

**WHEREFORE**, the Plaintiff prays for an award of both actual and punitive damages, the costs and expenses of this action, and for such other and further relief as this court deems just and proper.

Law Office of R. Thayer Rivers, Jr.

_R. THAYER RIVERS, JR._
Post Office Box 668
Ridgeland, SC 29936
843-726-8136

Law Office of Catherine D. Badgett

_CATHERINE D. BADGETT_
Post Office Box 2020
Ridgeland, SC 29936
843-726-9553

ATTORNEYS FOR THE PLAINTIFF

Ridgeland, SC
February 9, 2016