IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Melinda Malphrus Carn, | Civil Action No.: 9:16-cv-00892-DCN |
| Plaintiff, | |
| vs. | |
| | **STIPULATION OF DISMISSAL** |
| Wal-Mart Stores, Inc., and | **WITH PREJUDICE** |
| Wal-Mart Stores East, LP, | |
| Defendants. | |

In light of the settlement entered into by the parties, Plaintiff Melinda Malphrus Carn hereby voluntarily dismisses with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims, causes of action and damages asserted or that might have been asserted against Defendants in the above-referenced action.

Defendants hereby consent to Plaintiff's voluntary dismissal with prejudice.

The parties shall bear their own costs and attorneys' fees.

For Plaintiff:                                              For Defendants:

*s/R. Thayer Rivers, Jr.*                                   *s/Amy L. Gaffney*
R. Thayer Rivers, Jr., DCID No. 3487                        Amy L. Gaffney, DCID No. 6316
**Law Office of R. Thayer Rivers, Jr.**                     Kelly T. Evans, DCID No. 11861
PO Box 668                                                  **Gaffney Lewis & Edwards, LLC**
Ridgeland, South Carolina 29936                             3700 Forest Drive, Suite 400
(843) 726-8136 (office)                                     Columbia, South Carolina 29204
                                                            (803) 790-8838 (office)

Dated: August 30, 2018

1